**DISMISS; and Opinion Filed January 25, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-17-00673-CV
_____

**BRIAN REAUX, Appellant**
**V.**
**GEORGE ABDOU, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0989**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By letter dated October 6, 2017, we notified appellant that his September 20, 2017 brief was deficient. We instructed him to file a corrected brief on or before October 16, 2017. We cautioned appellant that the failure to do so could result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). On October 16, 2017, appellant filed a motion asking for additional time so he "may retain legal counsel." We granted appellant's motion to the extent we ordered his corrected brief filed no later than December 7, 2017. Appellant did not file a corrected brief. On January 8, 2018, we ordered appellant to file his corrected brief on or before January 18, 2018. Again, we cautioned appellant that the failure to do so could result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


_/Robert M. Fillmore/_
ROBERT M. FILLMORE
JUSTICE


170673F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BRIAN REAUX, Appellant

No. 05-17-00673-CV     V.

GEORGE ABDOU, Appellee

On Appeal from the County Court at Law, Rockwall County, Texas
Trial Court Cause No. 1-16-0989.
Opinion delivered by Justice Fillmore, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee George Abdou recover his costs, if any, of this appeal from appellant Brian Reaux.

Judgment entered this 25th day of January, 2018.